UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE HINES,

        Petitioner,

   v.

CLARK E. DUCART, Warden,

        Respondent.

Case No. 14-cv-04509-JST (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: October 28, 2014

                                            JON S. TIGAR
                                     United States District Judge